# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 102 WM 2020

Respondent

v.

KEVIN LEE KERR,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2021, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus" is DENIED.